PHILLIP A. TALBERT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



**FILED**
Mar 03, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0046 TLN |
| Plaintiff, | |
| v. | PETITION TO SEAL INDICTMENT |
| GAL YIFRACH, NICK SHKOLNIK, aka Nickita Shkolnik, SHALOM IFRAH, and SCHNEUR ZALMAN GETZEL ROSENFELD, | |
| Defendants. | |

TO THE HONORABLE JEREMY D. PETERSON, UNITED STATES MAGISTRATE JUDGE:

COMES NOW MIRIAM R. HINMAN, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. I have presented to the Grand Jury now in session in the City of Sacramento, California, one proposed indictment charging the above-named defendants with violations of Title 18 United States Code, Sections 1955(a), 1956(h) (2 counts), and 981(a)(1)(C), 982(a)(1), and 1955(d), and Title 28 United States Code, Section 2461(c).

2. The indictment has been returned by the Grand Jury to this Honorable Court.

3. The investigating agent believes that the above-named defendants pose a flight risk if the charges are made public before arrests are effected.

THEREFORE, your petitioner prays that the aforesaid indictment, this Petition, and the Order to Seal be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until the defendants' arrests or until further order of this Court.

DATED: March 3, 2022

Respectfully Submitted,

PHILLIP A. TALBERT
United States Attorney

By: *[signature]*
MIRIAM R. HINMAN
Assistant U.S. Attorney