1  PHILLIP A. TALBERT
   United States Attorney
2  MIRIAM R. HINMAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
**Mar 03, 2022**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

8          IN THE UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.    2:22-cr-0046 TLN

12         Plaintiff,

13     v.                                 ORDER TO SEAL

14 GAL YIFRACH, NICK SHKOLNIK,            (UNDER SEAL)
   aka Nickita Shkolnik, SHALOM IFRAH, and
15 SCHNEUR ZALMAN GETZEL
   ROSENFELD,
16
          Defendants.
17

18

19     The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Miriam R.

20 Hinman, to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest

21 of the defendants or until further order of the Court.

22

23 Dated:    March 3, 2022                    _____
                                              Hon. Jeremy D. Peterson
24                                            U.S. MAGISTRATE JUDGE

25

26

27

28