UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 06, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHALOM IFRAH,<br><br>　　　　Defendant. | Case No.  2:22-cr-00046-WBS-3<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHALOM IFRAH , Case No. 2:22-cr-00046-WBS-3, Charge 18 USC § 1956 (h), from custody for the following reasons: for the following reasons:

　　　　_____    Release on Personal Recognizance

　　　　  X      Bail Posted in the Sum of $  **$50,00 secured by Carolina Valencia-Diaz**

　　　　  X      Unsecured Appearance Bond $  **$50,000, co-signed by Yakoc Cohen**

　　　　_____    Appearance Bond with 10% Deposit

　　　　_____    Appearance Bond with Surety

　　　　_____    Corporate Surety Bail Bond

　　　　_____    (Other):

Issued at Sacramento, California on April 06, 2022, at 2:00 PM.

　　　　　　　　　　　　　By:    /s/ Carolyn K. Delaney

　　　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney