# UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (s),<br>V.<br>SHALOM IFRAH<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:22-cr-0046-WBS |

Notice is hereby given that, subject to approval by the court, __SHALOM IFRAH__ substitutes
(Party (s) Name)

__DAVID E KENNER__, State Bar No. __41425__ as counsel of record in
(Name of New Attorney)

place of __SANDRA BROWN-BODNER – 157446__ and __EVAN J. DAVIS- 250484__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | KENNER LAW FIRM |
| Address: | 16633 VENTURA BLVD #735, ENCINO, CA 91436 |
| Telephone: | (818)995-1195    Facsimile (818)475-5369 |
| E-Mail (Optional): | David@KennerLaw.com |

I consent to the above substitution.

Date: 04/29/2022  /s/ Shalom Ifrah
(Signature of Party (s))

I consent to being substituted.

Date: 04/29/2022  /s/ Shandra Brown-Bodner

  /s/ Evan J. Davis
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 04/29/2022  /s/ David Kenner
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: May 2, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]