DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00046 WBS |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE TO AUGUST 15, 2022, AT 9:00 A.M. AND FOR EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| v. | |
| GAL YIFRACH, et al., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference before this Court on May 9, 2022.

2.      By this stipulation, the defendants now move to continue this status conference and set a status conference for August 15, 2022, and to exclude time between May 9, 2022, and August 15, 2022, at 9:00 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has produced 142,689 pages of numbered discovery to defendants, which includes copies of documents and recordings; and, the government is in the process of reviewing additional materials for production in discovery consisting of a number of

electronic devices seized including phones, laptops and various external storage devices, as well as email accounts.

      b)      Counsel for each defendant desires additional time to familiarize themself with the case and review the voluminous discovery, discuss the case with their respective clients and the attorney for the United States, and otherwise prepare for trial.

      c)      Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 9, 2022, to August 15, 2022, at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5  Dated: May 2, 2022                          PHILLIP A. TALBERT
                                              United States Attorney
6

7                                             /s/ ROGER YANG
                                              ROGER YANG
8                                             Assistant United States Attorney

9        IT IS SO STIPULATED BY ALL DEFENDANTS.

10  Dated: May 2, 2022                         /s/ DAVID W. DRATMAN

11                                             DAVID W. DRATMAN
                                              Counsel for Defendant GAL YIFRACH
12

13  Dated: May 2, 2022                         /s/ MALCOLM S. SEGAL

14                                             MALCOLM S. SEGAL
                                              Counsel for Defendant
15                                             SCHNEUR ZALMAN GETZEL ROSENFELD

16
    Dated: May 2, 2022                         /s/ DAVID E. KENNER
17                                             DAVID E. KENNER
                                              Counsel for Defendant
18                                             SHALOM IFRACH

19

20  Dated: May 2, 2022                         /s/ VICTOR SHERMAN

21                                             VICTOR SHERMAN
                                              Counsel for Defendant
22                                             NICK SHKOLNIK

23                        **[PROPOSED] ORDER**

24        IT IS SO FOUND AND ORDERED this ____ day of May, 2022.

25

26                                             _____
                                              THE HONORABLE WILLIAM B. SHUBB
27                                             SR. UNITED STATES DISTRICT JUDGE

28