**Kenner Law Firm**
**David Kenner, SBN 41425**
16633 VENTURA BLVD., STE. 735
ENCINO, CA 91436
PHONE: (818) 995-1195
FAX: (818) 475-5369
EMAIL: DAVID@KENNERLAW.COM

*ATTORNEY FOR DEFENDANT*
*Shalom Ifrah*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:22-CR-0046-TLN |
| Plaintiffs, | ) STIPULATION TO ALLOW DEFENDANT IFRAH' TO TRAVEL TO AND FROM NEW YORK AND TO AND FROM BIG BEAR, CALIFORNIA |
| vs. | ) DECLARATION OF DAVID E. KENNER; ATTACHMENTS A, B, and C |
| SHALOM, IFRAH ET AL., | ) |
| Defendants. | ) [PROPOSED] ORDER LODGED HEREWITH |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and David E. Kenner, attorney for defendant Shalom Ifrah, with the concurrence of the Pretrial Services Agency, that the defendant may travel to and from Brooklyn, New York, on January 12, 2023 and returning on January 16, 2023. And defendant may travel to Big Bear California, on December 30, 2022 and returning on January 2, 2023.

This request is supplemented by the declaration of undersigned counsel, Exhibits A, B, and C, all the files and records in this case.

///

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: December 20, 2022

/s/
DAVID E. KENNER
Attorney for Defendant
SHALOM IFRAH

Dated: December 20, 2022

/s/
ROGER YANG
Assistant United States Attorney
Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: December 22, 2022

HON. JUDGE JEREMY D. PETERSON
U.S. Magistrate Judge

DECLARATION OF DAVID KENNER; ATTACHMENTS A, B, AND C

DECLARATION OF DAVID KENNER; ATTACHMENTS A, B, AND C

## DECLARATION OF DAVID E. KENNER

David E. Kenner declares:

1. I am the attorney of record for the herein defendant, Shalom Ifrah.

2. Attached as Exhibit A is a true and correct copy of a receipt showing that Ifrah has purchased a flight to Brooklyn, New York departing January 12, 2023 from LAX going to JFK, and returning on January 15, 2023 (A round trip to and from New York).

3. Attached as Exhibit B is a true and correct copy of his temporary residence at an AirBNB while traveling located at: 984 Lincoln Place, Brooklyn New York. Ifrah will be living here temporarily during the trip from January 12, 2023 until January 15, 2023.

4. The reason for Ifrah' trip to Brooklyn, New York is a Jewish Chabad event.

5. Attached as Exhibit C is a true and correct copy of his temporary residence at an AirBNB while traveling located at 611 Crestwood Drive Big Bear Lake, California, from the date December 30, 2022 until January 2, 2023.

6. The reason for Ifrah's trip to Big Bear, California is a New Year's trip with his family.

7. Ifrah will be driving several hours to Big Bear, California to complete this trip.

8. I have met and conferred with: (a) Mr. Ifrah' pretrial services officer, Deputy Zepeda, who has indicated that I can represent to the Court that, she has no objection to this request. Also, AUSA Roger Yang has no objection to the court granting this request. Further, they do not oppose Mr. Ifrah traveling without the location monitoring equipment. Mr. Ifrah would be authorized to have the location monitoring condition/ curfew suspended during his travel status during both trips.

///
///

3
STIPULATION TO ALLOW DEFENDANT IFRAH TO TRAVEL TO AND FROM BROOKLYN, NEW YORK AND BIG BEAR, CALIFORNIA;
DECLARATION OF DAVID KENNER; ATTACHMENTS A, B, AND C

1  I declare under penalty of perjury, according to the laws of the United States of
2  America, that the foregoing is true and correct this 21st day of December, 2022, at
3  Encino, California.

</p>
<p style="text-align:right;">
_____/s/_____<br>
David E. Kenner<br>
Attorney at Law
</p>

# EXHIBIT A

13:21

< Inbox    JetBlue booking confirma...    A    V

## Traveler Details

**SHALOM IFRAH**

**Frequent Flier:** Add TrueBlue #

**Ticket number:** 2792110760874

**LAX-JFK:**

**Fare:** Blue

**Seat:** 27D

**JFK- LAX:**

**Fare:** Blue

**Seat:** 23F

## Bag Allowance (per traveler)

| Thu, Jan 12 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|
| LAX-JFK | Free | Free | From $30* | From $4o** |

| Sun, Jan 15 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|---|



13:20

< Inbox          JetBlue booking confirma...     A      V

## Flights

### LAX ▶ JFK
Los Angeles, CA       New York, NY

**Terminal:** 5

| | |
|---|---|
| **Date** | Thu, Jan 12 |
| **Departs** | 8:55am |
| **Arrives** | 5:28pm |
| **Flight** | 324 |

**jetBlue**

### JFK ▶ LAX
New York, NY         Los Angeles, CA

**Terminal:** 5

| | |
|---|---|
| **Date** | Sun, Jan 15 |
| **Departs** | 8:00pm |
| **Arrives** | 11:32pm |
| **Flight** | 1723 |

# EXHIBIT B

15:18     
◀ Messages

# Trips

### Upcoming reservations



In 3 weeks

## Brooklyn
Entire home hosted by David

| Jan 12-15 2023 | 984 Lincoln Place Brooklyn, New York United States |

### Explore things to do near Brooklyn

 **Just for you**
18 experiences

 T...
6...

 **Food and drink**
112 experiences

 A...
2...

Explore    Wishlists    **Trips**    Inbox    Profile 

# EXHIBIT C



Check-in
Fri, Dec 30
4:00 PM

Checkout
Mon, Jan 2
10:00 AM

Getting there
Address: 611 Crestwood Drive

Things to know
Instructions and house rules

Message your host
Big Bear Vacations

Your place
Dreams of Summit by Big Bear Vacations I Luxur...

 15:55
◀ Calculator


# Trips

## Upcoming reservations



In 1 week

### Big Bear Lake
Entire home hosted by Big Bear Vacations

| Dec 30– Jan 2  2022/2023 | 611 Crestwood Drive  Big Bear Lake, California  United States |

## Explore things to do near Big Bear Lake

| | Just for you  18 experiences |
| | Nature  18 experiences |



Explore | Wishlists | Trips | Inbox | Profile