Kenner Law Firm
David Kenner, SBN 41425
16633 VENTURA BLVD., STE. 735
ENCINO, CA 91436
PHONE: (818) 995-1195
FAX: (818) 475-5369
EMAIL: DAVID@KENNERLAW.COM
ATTORNEY FOR DEFENDANT
Shalom Ifrah

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:22-cr-00046-WBS-2 |
| Plaintiff, | ) ) | |
| v. | ) ) | **DEFENDANT'S WAIVER OF APPEARANCE** |
| IFRAH SHALOM | ) ) | |
| Defendant. | ) ) ) ) | |

Defendant, Ifrah Shalom hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, trial confirmation, empaneling of jury, or imposition of sentence.  Defendant hereby requests the Court to proceed during his every absence that the Court may permit pursuant to this waiver; and agrees that his interests will be deemed represented at all times by the presence of his attorney,

1

**DEFENDANT'S WAIVER OF APPEARANCE**

the same as if the defendant were personally present; and further agrees to be present in person in court ready for trial on any date that the Court may fix in his absence.

DATED: January 24, 2023          /s/ Ifrah Shalom
                                 IFRAH SHALOM
                                 Defendant


DATED: January 24, 2023     By:  /s/ David Kenner
                                 DAVID KENNER
                                 Attorney for Defendant

**Order**

IT IS SO ORDERED.

Dated: January 25, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

**DEFENDANT'S WAIVER OF APPEARANCE**