**Kenner Law Firm**
**David Kenner, SBN 41425**
16633 VENTURA BLVD., STE. 735
ENCINO, CA 91436
PHONE: (818) 995-1195
FAX: (818) 475-5369
EMAIL: DAVID@KENNERLAW.COM

*ATTORNEY FOR DEFENDANT*
*Shalom Ifrah*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0046-WBS |
| Plaintiff, | STIPULATION TO REMOVE CONDITIONS 13 AND 14 |
| vs. | |
| SHALOM, IFRAH ET AL., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, with the concurrence of Pretrial Services Agency through Margarita Zepeda, recommend and David E. Kenner, attorney for defendant Shalom Ifrah requests, removal of conditions 13 and 14.

The defendant presently resides at 2312 Coldwater Canyon Drive Beverly Hills, California, 90210. Per the supervising officer, defendant has not accrued any violations of his conditions of release and has reported as required. Additionally, he has been providing employment verification as requested, and has tested negative for any illegal substances. The defendant has previously been approved to be away from his residence for more than 24 hours on multiple occasions and has been compliant with previously issued orders authorizing him to travel. This stipulation is based on all the files, and records in this case and the information herein.

**STIPULATION TO REMOVE CONDITIONS 13 AND 14**

**IT IS SO STIPULATED.**                     Respectfully submitted,


Dated: March 10, 2023
                                                          /s/
                                             DAVID E. KENNER
                                             Attorney for Defendant
                                             SHALOM IFRAH

Dated: March 10, 2023
                                                          /s/
                                             ROGER YANG
                                             Assistant United States Attorney
                                             Counsel for Plaintiff

**IT IS SO ORDERED.**


Dated: March 21, 2023

                                             _____
                                             DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO REMOVE CONDITIONS 13 AND 14**