**Kenner Law Firm**
**David Kenner, SBN 41425**
16633 Ventura Blvd., Ste. 735
Encino, CA 91436
Phone: (818) 995-1195
Fax: (818) 475-5369
Email: David@KennerLaw.Com

*Attorney for Defendant*
Shalom Ifrah

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHALOM, IFRAH ET AL., <br> Defendants. | CASE NO. 2:22-cr-00046-WBS <br><br> AMENDED STIPULATION TO ALLOW DEFENDANT IFRAH TO TRAVEL TO AND FROM TEL AVIV ISRAEL DECLARATION OF DAVID E. KENNER: ATTACHMENTS A AND B <br><br> [~~PROPOSED~~] ORDER LODGED HEREWITH |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and David E. Kenner, attorney for defendant Shalom Ifrah that the defendant may travel to and from Tel Aviv Israel, on July 9, 2024, and returning on July 22, 2024. It is further ordered that Mr. Ifrah can pick-up his U.S. and Israeli Passports from Pre-trial Services within 48 hours of his departure and return it to them within 24 hours of his return.

This request is supplemented by the declaration of undersigned counsel, Exhibits A and B and all the files and records in this case.

**IT IS SO STIPULATED**

      Respectfully submitted,

Dated: July 8, 2024            _____/s/_____
                                                   DAVID E. KENNER
                                                   For Defendant
                                                   SHALOM IFRAH

Dated: July 8, 2024            _____/s/_____
                                                   ROGER YANG
                                                  Assistant United States Attorney

**Kenner Law Firm**
**David Kenner, SBN 41425**
16633 Ventura Blvd., Ste. 735
Encino, CA 91436
Phone: (818) 995-1195
Fax: (818) 475-5369
Email: David@KennerLaw.Com

*Attorney for Defendant*
Shalom Ifrah

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHALOM, IFRAH ET AL.,<br>Defendants. | CASE NO. 2:22-cr-00046-WBS<br><br>[~~PROPOSED~~] ORDER |

IT IS HEREBY ORDERED THAT Shalom Ifrah, the defendant, may travel to and from Tel Aviv Israel, on July 9, 2024, and returning on July 22, 2024. It is further ordered that Mr. Ifrah can pick-up his U.S. and Israeli Passports from Pre-trial Services within 48 hours of his departure and return it to them within 24 hours of his return.

**IT IS SO ORDERED.**

Dated: July 8, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

- 3 -
STIPULATION TO ALLOW DEFENDANT IFRAH TO TRAVEL Tel Aviv Israel

**DECLARATION OF DAVID KENNER**

David E. Kenner declares:

1. I am the attorney of record for the herein defendant, Shalom Ifrah.
2. Attached as Exhibit A is a true and correct copy of a receipt showing that, on July 9th, 2024, Mr. Ifrah purchased tickets for his trip from LAX to Tel Aviv Israel and back to LAX.
3. Attached as Exhibit B is a true and correct copy of an email from Shalom Ifrah to me Dated June 26th, 2024. That includes the dates of travel and the location where he will be staying in Tel Aviv (Sderot HaAtsma'ut 37 floor 5 apt #13. Bat Yam Israel: 5939524) The Phone number at that location is (+972528373603)
4. Attached As Exhibit C is a true and correct copy of an email dated June 17th, 2024, from Mr. Ifrah to me reflecting that the reason for his travel request is to attend the wedding of a childhood friend.
5. I have met and conferred with, AUSA Roger Yang and he has no objection to the court granting this request. Further, they do not oppose Mr. Ifrah' traveling without the location monitoring equipment. See Exhibit D true and correct copy of an email from AUSA Roger Yang to me received July 8th, 2024, stating the aforementioned.

I declare under penalty of perjury, according to the laws of the United States of America, that the foregoing is true and correct this 8th day of July 2024, at Encino, California.

_____/s/_____
David E. Kenner
Attorney at Law