**Kenner Law Firm**
**David Kenner, SBN 41425**
16633 Ventura Blvd., Ste. 735
Encino, CA  91436
Phone: (818) 995-1195
Fax: (818) 475-5369
Email: David@KennerLaw.Com

*Attorney for Defendant*
*Shalom Ifrah*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-0046-TLN |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO ALLOW DEFENDANT IFRAH' TO TRAVEL TO AND FROM TEL AVIV ISREAL DECLARATION OF DAVID E. KENNER; ATTACHMENTS A AND B |
| SHALOM, IFRAH ET AL., | |
| Defendant. | [~~PROPOSED~~] ORDER LODGED HEREWITH |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and David E. Kenner, attorney for defendant Shalom Ifrah that the defendant may travel to and from Tel Aviv Israel, on September 30th, 2024 and returning October 25th ,2024. It is further ordered that Mr. Ifrah can pick-up From Pre-trial Services his:

- US Passport and his
- New Israeli Passport, number (41060984), a copy of which is attached

hereto as exhibit D. to the declaration of David Kenner.

It is Further Ordered that Mr. Ifrah be allowed to pick-up these two items 48 hours before his departure and return them to Pre-trial no later than 48 hours after return.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: August 22, 2024


_____/s/_____

DAVID E. KENNER

For Defendant

SHALOM IFRAH

Dated: August 22, 2024


_____/s/_____

ROGER YANG

Assistant United States Attorney

1   **IT IS SO ORDERED**.

2   Dated: September 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE