**KENNER LAW FIRM APC**
**DAVID E. KENNER, CSB 41425**
**ATTORNEY AT LAW**
**16633 VENTURA BOULEVARD, SUITE 735**
**ENCINO, CALIFORNIA 91436**
**TELEPHONE: 818-995-1195**
**FAX: 818-475-5369**

**Attorney for Defendant**, *Shalom Ifrah*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.2:22-CR-0046-WBS |
| Plaintiff, | **STIPULATION TO ALLOW DEFENDANT SHALOM IFRAH TO TRAVEL TO AND FROM TEL AVIV ISREAL; DECLARATION OF DAVID KENNER; AIRLINE TICKETS ATTACHED AS EXHIBIT A ORDER LODGED HEREWITH** |
| vs. | |
| **SHALOM, IFRAH** | |
| Defendant | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, United States Attorney, by and through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and David E. Kenner, attorney for Defendant Shalom Ifrah, that the defendant may travel to and from Tel Aviv Israel on September 18, 2025, returning on October 16, 2025. It is further requested that Mr. Ifrah may pick-up his US Passport and Israeli Passport from Pretrial Services within 48 hours of his departure, returning it within 24 hours of his return.

## 'DECLARATION OF DAVID E. KENNER

David E. Kenner declares:

1. I am the attorney of record for Defendant Shalom Ifrah.

2. Defendant does not drive, cook, or use electronics during these Holidays. Being with his family would make it easier and more meaningful to celebrate.

3. During Mr. Ifrah's time in Israel, he will be residing at 37 Sdertot Ha'Atzmaut, Bat Yam Floor 5 Apartment 11 Postal Code: 5939524

4. Mr. Ifrah is leaving from LAX on September 18th, 2025, to and from Tel Aviv, by way of Vienna. He arrives at LAX on October 16th, 2025, by way of Vienna.

5. I have met and conferred with with Assistant United States Attorney Roger Yang, and he has no objection to the Court granting this request. Defendant plans to travel to Israel for the Jewish High Holidays.  As he did last year, Defendant would like to observe the Jewish High Holidays with his family in Israel

I declare the above to be true and correct under, pursuant to the laws of the United States of America, this 25th day of June, 2025, at Encino, California.

                                              _____
                                              David Kenner
                                              Attorney for Shalom Ifrah

**IT IS SO STIPULATED.**

_____/s/_____
David Kenner
*Attorney for Defendant*
*Shalom Ifrah*


_____/s/_____
Roger Yang
*Assistant United States Attorney*


_____**/s/**_____
**Carolina Valencia-Diaz**
*Signature of Bond for Release,*
*Acknowledgement of Changes to Conditions of Release*


_____/s/_____
**Yakoc Cohen**
*Signature of Bond for Release,*
*Acknowledgement of changes to Conditions of Release*

-3-

STIPULATION TO ALLOW DEFENDANT SHALOM IFRAH TO TRAVEL TO TEL AVIV

1  **IT IS APPROVED AND SO ORDERED.**

4  Dated:  June 30, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE