Kenner Law Firm
David Kenner, SBN 41425
16633 VENTURA BLVD., STE. 735
ENCINO, CA 91436
PHONE: (818) 995-1195
FAX: (818) 475-5369
EMAIL: DAVID@KENNERLAW.COM

*ATTORNEY FOR DEFENDANT*
*Shalom Ifrah*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>SHALOM, IFRAH,<br><br>            Defendant. | CASE NO.  2:22-CR-0046-WBS<br><br>STIPULATION TO REMOVE DRUG TESTING AS A CONDTION OF RELEASE; DECLARATION OF DAVID E. KENNER; CONDITIONS OF RELEASE ATTACHED AS EXHIBIT A<br><br>ORDER LODGED HEREWITH |

### STIPULATION

COMES NOW the defendant Shalom Ifra, by and through counsel, David E. Kenner, and hereby moves the Court for an order removing the pretrial condition of release, number 12, which currently requires drug testing. (See Exhibit A).

Defendant Ifrah has been on drug testing since his release on bond, from April 6, 2022, to present. Mr. Ifrah has never had a "dirty test," and has now tested clean for over three years.

I have forwarded a copy of this request to Mr. Ifrah's pretrial services officer, Margarita Zepeda, who has no objection to this order being granted. I have also provided a copy of this motion to U.S. Attorney, Michele Beckwith, as well as to U.S. Attorney Roger Yang, and U.S. Attorney Kevin Khasigian. Each also has no objection.

## **DECLARATION OF DAVID KENNER**

1. I am over the age of 18 and I reside in Los Angeles County.

2. I am an Attorney duly licensed to practice law in the State of California.

3. Defendant Ifrah has been on drug testing since his release on bond, from April 6, 2022 to present.

4. Mr. Ifrah has never had a "dirty test," and has now tested clean for over three years.

5. I have forwarded a copy of this request to Mr. Ifrah's pretrial services officer, Margarita Zepeda.

6. I have also provided a copy of this motion to U.S. Attorney, Michele Beckwith, as well as to U.S. Attorney Roger Yang, and to AUSA Kevin Khasigian. Each also has no objection hereto.

I declare the above to be true and correct under, pursuant to the laws of the United States of America, this 25th day of June, 2025, at Encino, California.

_____
David Kenner
Attorney for Shalom Ifrah

**IT IS SO STIPULATED.**

_____/s/_____
Roger Yang
*Assistant United States Attorney*


_____/s/_____
David Kenner
*Attorney for Defendant*
*Shalom Ifrah*


_____/s/_____
Carolina Valencia-Diaz
*Signature of Bond for Release,*
*Acknowledgement of Changes to Conditions of Release*


_____/s/_____
Yakoc Cohen
*Signature of Bond for Release,*
*Acknowledgement of Changes to Conditions of Release*

STIPULATION TO REMOVE DRUG TESTING AS A CONDTION OF RELEASE

**IT IS SO ORDERED**

Dated: June 30, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I do hereby declare that I am employed by the County of Los Angeles, State of California, am over the age of 18 years, and am no party to this within action. My business address is 16633 Ventura Blvd, Suite 735, Encino, CA 91436.

On April 22, 2025, I served the following document described as: STIPULATION TO SUSPEND DRUG TESTING AS A CONDTION OF RELEASE in this action as follows:

[ ]     BY U.S. MAIL; I placed such envelope(s) addressed as shown below, with postage fully prepaid, in a United States Postal service mailbox in Encino, California, for collection and mailing.

[X]     VIA FACSIMILE: I caused such document to be served via facsimile to the addressee(s) and number(s) shown below.

[X]     VIA EMAIL TO U.S. Attorney Roger Yang @ roger.yang@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Steve McClain

STIPULATION TO REMOVE DRUG TESTING AS A CONDTION OF RELEASE