DAVID E. KENNER, CSB 41425
ATTORNEY AT LAW
16633 VENTURA BOULEVARD, SUITE 735
ENCINO, CALIFORNIA 91436
TELEPHONE: 818-995-1195
FAX: 818-475-5369

Attorneys for Defendant, ***Shalom Ifrah***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>vs.<br>**SHALOM, IFRAH ET AL.,**<br>Defendant | Case No.**2:22-CR-0046-WBS**<br>**ORDER APPROVING**<br>**STIPULATION TO ALLOW DEFENDANT SHALOM IFRAH' TO TRAVEL TO AND FROM TUSCANY ITALY** |

The Court has read and considered the Stipulation, and

**IT IS HEREBY ORDERED** as follows. Defendant Shalom Ifrah is permitted to travel outside the United States to Tuscany, Italy, departing on September 13, 2026 and returning on September 27, 2026, for the purpose of attending the wedding of his close friend, Araz Ebrahimpour, at which he will serve as Best Man, on September 19, 2026 at Borgo Scopeto Relais in Siena, Tuscany, Italy. Pretrial Services shall release the defendant's U.S. and Israeli passports to him within 48 hours before his departure, and the defendant shall surrender both passports to Pretrial Services within 24 hours after his return to the United States. The defendant may travel without location monitoring during this period, the Government and Pretrial Services having stated no objection, and shall otherwise remain subject to all existing conditions of his release.

Dated: July 23, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE