**KENNER LAW FIRM APC**
**DAVID E. KENNER, CSB 41425**
**ATTORNEY AT LAW**
**16633 VENTURA BOULEVARD, SUITE 735**
**ENCINO, CALIFORNIA 91436**
**TELEPHONE: 818-995-1195**
**FAX: 818-475-5369**

***Attorney for Petitioner***
***Shalom Ifrah***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE STATE OF CALIFORNIA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SHALOM, IFRAH ET AL.,**<br>**, *ET AL*.**<br><br>**Defendant.** | **Case No. 2:22-CR-0046-WBS**<br><br>**STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE TO PERMIT PASSPORT RENEWAL; ORDER** |

Defendant Shalom Ifrah, by and through his counsel of record, David E. Kenner, and the United States of America, by and through its counsel of record, hereby respectfully stipulate and jointly request that the Court enter the accompanying Order permitting Mr. Ifrah to renew his United States passport for the limited purpose of completing previously Court-approved international travel. In support of this stipulation, the parties state as follows:

1. Mr. Ifrah was released on bond on April 6, 2022, subject to special conditions of release. Among those conditions, Condition No. 5 requires that he surrender his passport to the

Clerk of the Court and further provides that he "must not apply for or obtain a passport or any other travel documents during the pendency of this case."

2. Mr. Ifrah was granted approval for international travel to Italy, with a scheduled departure date of September 13, 2026.

3. On September 10, 2026, Mr. Ifrah retrieved his passport from Pretrial Services in order to make the approved trip. At that time, he learned for the first time that his passport had expired on August 13, 2026.

4. Because his passport has expired, Mr. Ifrah cannot complete the Court-approved travel without renewing it. Condition No. 5, however, currently prohibits him from applying for a renewed passport. This creates an unintended conflict between the Court's approval of Mr. Ifrah's travel and the existing conditions of his release.

5. The parties therefore respectfully request a narrow and limited modification of Condition No. 5 to permit Mr. Ifrah to apply for and obtain a renewed United States passport solely for the purpose of completing his previously approved travel. The parties further request that Mr. Ifrah be directed to surrender the renewed passport to Pretrial Services or the Clerk of the Court upon his return, consistent with the original conditions of release.

6. Except as expressly modified herein, all other conditions of Mr. Ifrah's release shall remain in full force and effect.

7. Undersigned defense counsel has provided a copy of this request to Mr. Ifrah's Pretrial Services Officer, Kelsey Howard, who has no objection to the requested modification.

The parties are grateful for the Court's and the Government's consideration of this request.

IT IS SO STIPULATED.

________/s/_______________
Assistant United Sates Attorney
Roger Yang

________/s/________________
David Kenner
Attorney for Defendant
Shalom Ifrah

**KENNER LAW FIRM APC**
**DAVID E. KENNER, CSB 41425**
**ATTORNEY AT LAW**
**16633 VENTURA BOULEVARD, SUITE 735**
**ENCINO, CALIFORNIA 91436**
**TELEPHONE: 818-995-1195**
**FAX: 818-475-5369**

***Attorney for Petitioner***
***Shalom Ifrah***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE STATE OF CALIFORNIA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SHALOM, IFRAH ET AL.,**<br>**, *ET AL.***<br><br>**Defendant.** | **Case No. 2:22-CR-0046-WBS**<br><br>**ORDER GRANTING STIPULATION TO TEMPORARILY MODIFY CONDITION OF RELEASE TO PERMIT PASSPORT RENEWAL** |

The Court, having considered the parties' Stipulation to Modify Conditions of Release to Permit Passport Renewal, and good cause appearing therefor, HEREBY ORDERS as follows:

1. Condition No. 5 of Defendant Shalom Ifrah's conditions of release is modified to permit Mr. Ifrah to apply for and obtain a renewed United States passport for the sole and limited purpose of completing his previously Court-approved international travel.

2. Upon his return from the approved travel, Mr. Ifrah shall surrender the renewed passport to Pretrial Services or the Clerk of the Court, in accordance with his conditions of release.

3. Except as modified by this Order, all other conditions of Mr. Ifrah's release remain in full force and effect.

IT IS SO ORDERED.

Dated: September 11, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE