**KENNER LAW FIRM APC**
**DAVID E. KENNER, CSB 41425**
**ATTORNEY AT LAW**
**16633 VENTURA BOULEVARD, SUITE 735**
**ENCINO, CALIFORNIA 91436**
**TELEPHONE: 818-995-1195**
**FAX: 818-475-5369**

***Attorney for Defendant***
***Shalom Ifrah***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SHALOM, IFRAH ET AL.,**<br>**, *ET AL.***<br><br>**Defendant.** | **Case No. 2:22-CR-0046-WBS**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND TO MODIFY PRESENTENCE INVESTIGATION SCHEDULE** |

Defendant Shalom Ifrah, by and through his counsel of record David E. Kenner, and plaintiff United States of America, by and through its counsel of record Assistant United States Attorney Roger Yang:

1. Judgment and sentencing are currently scheduled for November 23, 2026.

2. The United States Probation Office has assigned Senior Probation Officer Julie L. Besabe to conduct the presentence investigation. Defense counsel, the defendant, and the assigned probation officer have worked to schedule the required presentence interview. The most efficient schedule to accomplish the necessary interviews is the original interview to be scheduled November 11, 2026;

3. Because the presentence interview will not take place until November 11, 2026, the probation officer cannot complete the proposed presentence report, and the parties cannot complete the objection process, within the deadlines that Local Rule 461 fixes in relation to the current November 23, 2026, sentencing date. Good cause therefore exists to continue the sentencing hearing to allow timely compliance with all presentence deadlines and filings.

4. The parties accordingly stipulate and request that the Court continue the judgment and sentencing hearing from November 23, 2026, to February 8, 2027, or to such other date as is convenient to the Court, and that the presentence investigation schedule be reset, consistent with Local Rule 461, as follows:

| Event | Deadline |
|---|---|
| Proposed presentence report disclosed to counsel (L.R. 461(a)) | December 28, 2026 |
| Counsel's informal objections delivered to the probation officer and exchanged (L.R. 461(b)) | January 11, 2027 |
| Presentence report submitted to the Court and made available to counsel (L.R. 461(c)) | January 15, 2027 |
| Counsel's formal objections filed and served (L.R. 461(d)) | January 25, 2027 |
| Judgment and Sentencing | February 8, 2027 |

5. This is the first request to continue the sentencing hearing in this matter.

6. Nothing in this stipulation affects the defendant's existing conditions of release, which shall remain in full force and effect.

IT IS SO STIPULATED.

_________/s/_____________
Assistant United Sates Attorney
Roger Yang

_________/s/____________
David Kenner
Attorney for Defendant
Shalom Ifrah

**KENNER LAW FIRM APC**
**DAVID E. KENNER, CSB 41425**
**ATTORNEY AT LAW**
**16633 VENTURA BOULEVARD, SUITE 735**
**ENCINO, CALIFORNIA 91436**
**TELEPHONE: 818-995-1195**
**FAX: 818-475-5369**

***Attorney for Petitioner***
***Shalom Ifrah***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE STATE OF CALIFORNIA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SHALOM, IFRAH ET AL.,**<br>**, *ET AL*.**<br><br>**Defendant.** | **Case No. 2:22-CR-0046-WBS**<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING AND TO MODIFY PRESENTENCE INVESTIGATION SCHEDULE** |

The Court, having considered Defendant Shalom Ifrah's Motion to Continue Sentencing Hearing and to Modify Presentence Investigation Schedule, and good cause appearing therefrom, HEREBY ORDERS as follows:

1. The Motion is GRANTED.

2. The judgment and sentencing hearing currently set for November 23, 2026 is continued to February 8, 2027, at 9:00 a.m.

3. The presentence investigation schedule is modified as follows:

| Event | Deadline |
|---|---|
| Proposed presentence report disclosed to counsel | December 28, 2026 |

| | |
|---|---|
| Counsel's informal objections delivered to the probation officer and exchanged | January 11, 2027 |
| Presentence report submitted to the Court and made available to counsel | January 15, 2027 |
| Counsel's formal objections filed and served | January 25, 2027 |
| Judgment and Sentencing | February 8, 2027 |

4. The defendant's existing conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: October 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE